UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WANDA GARNER | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. a:25-cv-04024-LLA |
| | : | |
| TRANSIT EMPLOYEES FEDERAL | : | |
| CREDIT UNION | : | |
| | : | |
| Defendant. | : | |

MOTION TO EXTEND DEADLINE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

Defendant, Transit Employee's Federal Credit Union (TEFCU), by and through counsel, for its Motion to Extend Deadline to File Reply to Plaintiff's Opposition hereby states as follows:

1.      Defendant filed its Motion to Dismiss or in the Alternative for Summary Judgment on December 22, 2025.

2.      Plaintiff filed her opposition on December 31, 2025 and Defendant's reply deadline is January 9, 2026.

3.      Defendant's counsel has several other filing deadlines between January 6 and January 12 that were in place before Plaintiff filed her opposition.

4.      Defendant's counsel requires additional time, until January 16, 2026 to file the Reply brief.

5.      Defendant's counsel reached out to Plaintiff's counsel to request consent for this motion by email on January 8, 2026.

6.      Plaintiff's counsel never responded.

7.      No party will suffer prejudice from this brief extension of time.

WHEREFORE, Defendant respectfully requests that this Court:

A.      Grant Defendant's Motion to Extend Deadline;

B.      Extend Defendant's deadline to file its Reply brief until January 16, 2026.

Dated: January 9, 2026                          Respectfully Submitted,

/s/Neil S. Hyman_____
Neil S. Hyman, Esquire
DC Bar No. 465047
Law Office of Neil S. Hyman, LLC
4520 East West Highway, Suite 700
Bethesda, Maryland 20814
301-841-7105 (p)
neil@neilhymanlaw.com

*Counsel for Defendant*